UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QSI HOLDINGS, INC. and
QUALITY STORES, INC.,

    Plaintiffs-Appellants,                  Case No. 1:06-CV-876
                                            Bankruptcy Adversary No. 03-88912

v.                                                 HON. JANET T. NEFF

CHERYL A. ALFORD et al.,

    Defendants-Appellees.
_____/

## ORDER

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the decision of the bankruptcy court, *In re Quality Stores, Inc.*, 355 B.R. 629 (Bankr. W.D. Mich. 2006), is **AFFIRMED**.

DATED: December 21, 2007                /s/ Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge